In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

2015 MAY 18 PM 1:42

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

## TO THE HONARABLE JUSTICES OF THE FOURTH COURT OF APPEAL

MOTION TO REDIVISION OF COMMUNITY ESTATE DUE TO FRAUD AND HIDING MARTIAL ASSET BY APPELLEE MANUEL CASTRO AND COUNSEL JOSEPH APPELT AND 3RD PARTY NONSPOUSE MISTRESS CONSPIRE TO OVERVALUE COMMUNITY AT 125,000 TO GAIN FRAUD EQUITY IN 40,000

Here Comes Appellant Maryann Castro pro-se in Appeals Court presenting to Appels Court the Texas family code 7,009 house bill 908 was enacted in 2011 82 legislative session a new section 7.009 entitled fraud on the Community Division and Disposition of Reconstituted Estate: The section was designed to provide Courts that encounter acts that Constitute fraud on the Community a procedure for Correcting Fraud and a procedure to Divide the Community estate in a right and Just manner .Section 7.009 ensures when consistency across the state regarding how community estates are divided when fraud has been Committed.

a) The Court may grant legal or equitable relief necessary to accomplish a just and right division.

b) To accomplish a just and right division the Court May now award a wronged Spouse Appellant Maryann Castro a money Judgement and Appropriate share of the Community 1501 Olive Appellant homestead section 7.009 specifically states as follows valuing the Reconstituted Estate 1501 Olive was overvalued a realtors opinion was used not a Certified Appraisal Appellee Manuel Castro used this to not pay spousal maintence, to Appellant Maryann Castro who is disabled and became disabled within the marriage Appellee Manuel Castro used a Comparative Market analysis-realtors opinion not a certified appraisal and had his Counsel Joseph Appelt enforce the Agreement for final Divorce to gain fraud equity in the Amount of 40,000 with Attempt to hurt Appellant Maryann Castro to attempt to have her homeless Appellee Manuel Castro was not paying the mortgage and was in Active Bankruptcy.

c) Appellant Maryann Castro did not give up her right to Spousal Maintence ON Oct 30,2013 the Agreement for final Divorce was not recorded misplaced or filed Counsel Joseph

Appelt Wrote In No Spousal Support After signatures were already signed without the permission of Appellant Maryann Castro this is another Attempt to Hurt harm Appellant Maryann Castro.

d) Spousal Support should have been enforced Appellant Maryann Castro is not working is disabled there is no Catering or 2013 Chevy Cruze another fraud Attempt made by the other party and Counsel Joseph Appelt to Harm Appellant Maryann Castro.

Appellant Maryann Castro prays for Justice and the relief she is entitled to(Spruill v Spruill,624 SW 2D 694,696(TEX APP-ELPASO 1981,WRIT DISMD)HORLOCK 533 SW 2D AT 56

Appellant Maryann Castro pro-se prays for Justice

Respectfully

Ms .Maryann Castro

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

830-496-0133

Filed 5/18/15